_____ FILED _____ ENTER.
_____ LOGGED _____ RECEIVE

JUL 20 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

TYLER MICHAEL WATSON

\*

\*

\*

Case No. 1:26-cr-00201-ABA

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

*Brandon Patterson*, and the Government was represented by Assistant United States

Attorney  Alexander Levin , it is

**ORDERED**, this  20  day of July , 2026 , that the above-named defendant be,

and the same hereby is, DETAINED by agreement of the parties without prejudice to either side

requesting a prompt hearing to set appropriate conditions of release or otherwise address the

detention of the defendant.

_____

J. Mark Coulson

United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement